IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK H. BANKS, #05711-068     PETITIONER

VERSUS     CIVIL ACTION NO. 5:07-cv-220-DCB-MTP

BRUCE PEARSON     RESPONDENT

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed with prejudice.

This the  7th   day of July  , 2009.

                 s/David Bramlette
                 UNITED STATES DISTRICT JUDGE